UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:10CR00381 ERW |
| | ) | |
| VALERIA WILSON JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF THE GOVERNMENT**
**REGARDING PRESENTENCE REPORT**


COMES NOW the United States of America, by Thomas E. Perez, Assistant Attorney

General for the Civil Rights Division of the U.S. Department of Justice, through Fara Gold and

Patricia A. Sumner, prosecutors for the Civil Rights Division, and pursuant to Paragraph 7 of the

Administrative Order of this Court (July 12, l988), states that the Government accepts and has no

objection to the Presentence Report.

                              Respectfully submitted:

                              THOMAS E. PEREZ
                              Assistant Attorney General
                              Civil Rights Division

                              /s/ *Fara Gold*_____
                              FARA GOLD
                              PATRICIA A. SUMNER
                              Trial Attorneys
                              U.S. Department of Justice
                              Civil Rights Division, Criminal Section
                              601 D Street NW #5200
                              Washington, DC 20530
                              (202) 514-3204
                              (202) 514-8336 FAX
                              fara.gold@usdoj.gov
                              patricia.sumner@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Adam Fein, Attorney for the Defendant
afein@rsrglaw.com

/s/ *Fara Gold*
Fara Gold
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section